FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 8, 2023

No. 04-22-00688-CR

Benito **VILLEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-9377
Honorable Ron Rangel, Judge Presiding

# O R D E R

The Appellant's Second Motion for Extension of Time to File Opening Brief is hereby GRANTED. The Appellant's Brief is due February 27, 2023. No further extensions absent extenuating circumstances.

It is so **ORDERED** on February 8, 2023.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT